RECEIVED
FEB 0 1 2006
U. S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

PAULA PAYNE          CIVIL ACTION NO. 05-820-D-M2

VERSUS

WEST FELICIANA PARISH
SCHOOL BOARD, ET AL.

************************************************************************

## SUPPLEMENTING AND AMENDING COMPLAINT

The Supplemental and Amending Complaint of Plaintiff, Paula Payne, respectfully represents:

I.

Plaintiff supplements and amends her Complaint to add as paragraph 28A the following:

"28A.

On June 23, 2005, Petitioner was constructively discharged from her employment. Prior thereto, on or about March 14, 2005, Petitioner was directly threatened and harassed by the defendants upon her return to work following suspension and effectively demoted."

II.

Plaintiff reiterates and re-alleges all allegations contained in her original Complaint as if quoted herein in their entirety including her request for trial by jury.

**WHEREFORE**, Petitioner, Paula Payne, prays for trial by jury and after due proceedings are had that there be judgment herein in her favor and against defendants, West Feliciana Parish School Board, Lloyd Lindsey, individually and in his official capacity as Superintendent, and Michael Thornhill, individually and in his official capacity as Principal, for all sums as are reasonable under the premises, punitive damages as allowed by law, attorney's fees, all costs of these proceedings, interest thereon from the date of demand until paid, and all such other relief to which Petitioner is entitled at



law or in equity, including injunctive relief.

Respectfully Submitted:

_____
JILL L. CRAFT
La. Bar Roll No. 20922
Attorney at Law, LLC
8702 Jefferson Hwy., Suite B
Baton Rouge, Louisiana 70809
Telephone: (225) 928-5353

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Supplemental and Amending Complaint has been sent to all counsel of record by placing a copy of same in the United States Mail, properly addressed and postage prepaid.

Baton Rouge, Louisiana, this ___1st___ day of February, 2006.

_____