**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**PAULA PAYNE**                      **CIVIL ACTION NO. 05-820-D-M2**

**VERSUS**

**WEST FELICIANA PARISH**
**SCHOOL BOARD, ET AL.**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT through undersigned counsel comes plaintiff, Paula Payne, who respectfully opposes Defendants Motion for Summary Judgment as follows:

1.

Genuine issues of material fact exist precluding the grant of summary judgment herein. Defendants' Motion is only partial as it does not address plaintiff's tort claims, specifically intentional infliction of emotional distress.

2.

In opposition to Defendants' Motion, plaintiff incorporates herein by specific reference, all arguments contained in her Memorandum in Opposition to Defendants' Motion for Summary Judgment as if quoted herein entirely.

3.

Plaintiff files of record in these proceedings, the following evidence herein and previously attached and filed in connection with her Memorandum regarding First Amendment claims:

    Exhibit A:     Deposition of Paula Payne;

    Exhibit B:     Lindsey letter of November 5, 2004;

    Exhibit C:     Lindsey letter of November 16, 2004;

| | |
|---|---|
| Exhibit D: | Payne letter of January 15, 2005; |
| Exhibit E: | January 25, 2005 transcript; |
| Exhibit F: | Payne letter of June 23, 2005; |
| Exhibit G: | March 14, 2005, memo from Thornhill to Payne; |
| Exhibit H: | Board Grading Systems and excerpts of Handbook of Teacher Information; |
| Exhibit I: | Paula Payne Affidavit; |
| Exhibit K: | Deposition of Sharon Malone; |
| Exhibit L: | Paula Payne Affidavit; |

4.

Plaintiff additionally files of record and incorporates herein by specific reference, Plaintiff's Opposition to Defendants' Statement of Material Facts.

5.

Plaintiff is entitled to and desires issuance of an Order herein denying, entirely, Defendants' Motion for Summary Judgment and awarding all such other relief to which plaintiff is entitled at law or in equity.

WHEREFORE, plaintiff, Paula Payne, prays after due proceedings are had that an Order issue herein denying Defendants' Motion for Summary Judgment entirely and, further awarding plaintiff all such other relief to which she is entitled at law or in equity.

Respectfully submitted,

BY: s/Jill L. Craft
Jill L. Craft, T.A., #20922
Attorney at Law, LLC
8702 Jefferson Hwy., Suite B
Baton Rouge, Louisiana 70809
(225) 928-5353
Fax: (225) 924-7480
E-mail: jcraft@bitworx.com

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 20th day of November, 2006, I have served a copy of the above and foregoing Plaintiff Opposition to Defendant's Motion for Summary Judgment with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Frank V. Endom, Jr. and Robert L. Hammonds by operation of the Court's electronic filing system.

      Baton Rouge, Louisiana, this 20th day of November, 2006.

                                        s/Jill L. Craft
                                          Jill L. Craft