UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

PAULA PAYNE

VERSUS

CIVIL ACTION

NO: 05-820-JJB

WEST FELICIANA PARISH
SCHOOL BOARD, ET AL.

## JURY INTERROGATORIES
## I. FIRST AMENDMENT RETALIATION

**A. Defendant-West Feliciana School Board**

1. Do you find that the plaintiff engaged in protected speech under the First Amendment by refusing to change grades, or by writing letters or speaking to the media about the issue of grades?

   YES ✓      NO ____

   If you answered YES to Question 1, then proceed to Question 2.
   If you answered NO to Question 1, then proceed to Question 5.

2. Do you find that the defendant West Feliciana School Board took the following adverse employment action against the plaintiff?

   Suspended the plaintiff for 6 weeks without pay:    YES ✓  NO ____

   If you answered YES to Question 2, then proceed to Question 3.
   If you answered NO to Question 2, then proceed to Question 5.

3. Do you find that the adverse employment action was taken in order to retaliate against the plaintiff for engaging in the following manners of speech:?

   Refusal to change grades:            YES ✓  NO ____
   Writing letters about grades:        YES ✓  NO ____
   Speaking to the media about grades:  YES ✓  NO ____

   If you answered YES to ANY part of Question 3, then proceed to Question 4.
   If you answered NO to ALL parts of Question 3, then proceed to Question 5.

4. Do you find that the School Board's actions were a cause-in-fact of damages to the plaintiff?

        YES ✓        NO ___
        (Proceed to Question 5)

**B.    Defendant-Michael Thornhill**

5. Do you find that the plaintiff engaged in protected speech under the First Amendment by refusing to change grades, or by writing letters or speaking to the media about the issue of grades?

        YES ✓        NO ___

If you answered YES to Question 5, then proceed to Question 6.
If you answered NO to Question 5, then proceed to Question 9.

6. Do you find that the defendant Michael Thornhill took the following adverse employment actions against the plaintiff?

    A.    Transferred the plaintiff to less desirable jobs:  YES ✓  NO ___
    B.    Constructively discharged the plaintiff:         YES ✓  NO ___

If you answered YES to ANY part of Question 6, then proceed to Question 7.
If you answered NO to ALL parts of Question 6, then proceed to Question 9.

7. Do you find that the adverse employment actions were taken in order to retaliate against the plaintiff for engaging in the following manners of speech:?

    Refusal to change grades:         YES ✓  NO ___
    Writing letters about grades:       YES ✓  NO ___
    Speaking to the media about grades:  YES ✓  NO ___

If you answered YES to ANY part of Question 7, then proceed to Question 8.
If you answered NO to ALL parts of Question 7, then proceed to Question 9.

8. Do you find that Michael Thornhill's actions were a cause-in-fact of damages to the plaintiff?

        YES ✓        NO ___

        (Proceed to Question 9)

C.  **Defendant-Lloyd Lindsey**

9. Do you find that the plaintiff engaged in protected speech under the First Amendment by refusing to change grades, or by writing letters or speaking to the media about the issue of grades?

    YES ✓      NO ____

    If you answered YES to Question 9, then proceed to Question 10.
    If you answered NO to Question 9, then proceed to Question 13–Reprisal.

10. Do you find that the defendant Lloyd Lindsey took the following adverse employment actions against the plaintiff?

    A. Suspended the plaintiff for 5 days without pay: YES ✓ NO ____
    B. Suspended the plaintiff for 6 weeks without pay: YES ✓ NO ____
    C. Transferred the plaintiff to less desirable jobs: YES ✓ NO ____
    D. Constructively Discharged the Plaintiff: YES ✓ NO ____

    If you answered YES to ANY part of Question 10, then proceed to Question 11.
    If you answered NO to ALL parts of Question 10, then proceed to Question 13–Reprisal.

11. Do you find that the adverse employment actions were taken in order to retaliate against the plaintiff for engaging in the following manners of speech:?

    Refusal to change grades:            YES ✓ NO ____
    Writing letters about grades:        YES ✓ NO ____
    Speaking to the media about grades:  YES ✓ NO ____

    If you answered YES to Question 11, then proceed to Question 12.
    If you answered NO to Question 11, then proceed to Question 13–Reprisal.

12. Do you find that Lloyd Lindsey's actions were a cause-in-fact of damages to the plaintiff?

    YES ✓      NO ____

    Proceed to Question 13–Reprisal Claim

## II. REPRISAL

13. Do you find that either Michael Thornhill or Lloyd Lindsey ordered the plaintiff to change her students' grades?

    YES: ✓          NO: _____

    If you answered YES to Question 13, then proceed to Question 14.
    If you answered NO to Question 13, then proceed to Question 20–Compensatory Damages.

14. Do you find that the order to change grades was in violation of Louisiana law?

    YES: ✓          NO: _____

    If you answered YES to Question 14, then proceed to Question 15.
    If you answered NO to Question 14, then proceed to Question 20–Compensatory Damages.

15. Do you find that the plaintiff advised the West Feliciana School Board of the order to change grades?

    YES: ✓          NO: _____

    If you answered YES to Question 15, then proceed to Question 16.
    If you answered NO to Question 15, then proceed to Question 20–Compensatory Damages.

16. Do you find that after advising the West Feliciana School Board of the order to change grades, the plaintiff did any of the following activities:?

    | | YES | NO |
    |---|---|---|
    | Disclosed the grade change order: | ✓ | |
    | Threatened to disclose the grade change order: | | ✓ |
    | Objected to the grade change order: | ✓ | |
    | Refused to change her students' grades: | ✓ | |

    If you answered YES to ANY part of Question 16, then proceed to Question 17.
    If you answered NO to ALL parts of Question 16, then proceed to Question 20–Compensatory Damages.

4

17. Do you find that the West Feliciana School Board took any of the following actions against the plaintiff because she participated in any of the activities that you answered YES to in Question 16:?

    A. Suspended her without pay:         YES ✓  NO ___
    B. Constructively discharged her:     YES ✓  NO ___
    C. Transferred her to less desirable jobs: YES ✓  NO ___
    D. Threatened her future employment:  YES ✓  NO ___
    E. Harassed her                       YES ✓  NO ___

    If you answered YES to ANY part of Question 17, then proceed to Question 18.
    If you answered NO to ALL parts of Question 17, then proceed to Question 20–Compensatory Damages.

18. Do you find that the West Feliciana Parish School Board was enforcing an established employment practice when it took the following actions against the plaintiff?

    A. Suspended her without pay:         YES ___  NO ✓
    B. Constructively discharged her:     YES ___  NO ✓
    C. Transferred her to less desirable jobs: YES ___  NO ✓
    D. Threatened her future employment:  YES ___  NO ✓
    E. Harassed her                       YES ___  NO ✓

    If you answered YES to ALL parts of Question 18, then proceed to Question 20–Compensatory Damages.
    If you answered NO to ANY part of Question 18, then proceed to Question 19.

19. Do you find that the West Feliciana Parish School Board's actions that you answered YES to in Question 17 **AND** NO to in Question 18 were a cause-in-fact of damages to the plaintiff?

    YES: ___✓___         NO: _____

    Proceed to Question 20–Compensatory Damages

### III. COMPENSATORY DAMAGES

20. If you find that the plaintiff has proven her First Amendment Retaliation or Reprisal claims against ANY of the defendants, then what amount of damages for the following employment actions against the plaintiff do you find will fairly and adequately compensate the plaintiff?

    A. Mental Anguish from the 5 Day Suspension: $ 10,000
    (Only enter an amount if you answered YES to Question 10A)

    A. Mental Anguish from the 6 Week Suspension: $ 155,000
    (Only enter an amount if you answered YES to Questions 2 OR 10B).

    B. Mental Anguish from the Transfers to other jobs: $ 90,000
    (Only enter an amount if you answered YES to Questions 6A OR 10C).

    C. Mental Anguish from the Constructive Discharge: $ 375,000
    (Only enter an amount if you answered YES to Questions 6B OR 10D).

    D. Mental Anguish from Threats to Future Employment: $ 75,000
    (Only enter an amount if you answered YES to Questions 17D AND 19)

    E. Mental Anguish from Harassment: $ 500,000
    (Only enter an amount if you answered YES to Questions 17E AND 19)

Proceed to Question 18–Punitive Damages

6

Case 3:05-cv-00820-JJB-CN   Document 68   03/29/07   Page 6 of 7

## IV. PUNITIVE DAMAGES

21. If you find that the plaintiff proved her First Amendment Retaliation claim against the defendants Michael Thornhill OR Lloyd Lindsey, then do you find that either acted with malice, willfully, intentionally or with callous and reckless indifference to the plaintiff's rights and that punitive damages are warranted as punishment and as a deterrent to others?

    MICHAEL THORNHILL:           YES ✓   NO ___
    LLOYD LINDSEY:               YES ✓   NO ___

    If you answered YES to ANY of the defendants in Question 18, then proceed to Question 19.
    If you answered "NO" to ALL of the defendants in Question 18, then skip Question 19 and sign, date, and notify the court security officer that you have reached a verdict.

22. If "YES," what amount, if any, is warranted?

    MICHAEL THORNHILL:           $ 100,000
    LLOYD LINDSEY:               $ 100,000


**[PLEASE SIGN, DATE, AND NOTIFY THE COURT SECURITY OFFICER THAT YOU HAVE REACHED A VERDICT.]**

**SO SAY WE ALL.**

_(signature)_                                        3/29/07
                                                     **DATE**

7

Case 3:05-cv-00820-JJB-CN   Document 68   03/29/07   Page 7 of 7