# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

PAULA PAYNE                                                    CIVIL ACTION NO. 05-820-D-M2

VERSUS

WEST FELICIANA PARISH
SCHOOL BOARD, ET AL.
**************************************************************************

## MOTION TO DISMISS

NOW INTO COURT through undersigned counsel comes plaintiff, Paula Payne, who respectfully moves this Honorable Court for an Order dismissing, with prejudice, each party to bear its own costs, this case as the parties have settled all of their differences.

        Respectfully submitted,

        BY: s/Jill L. Craft
        Jill L. Craft, T.A., #20922
        Attorney at Law, LLC
        8702 Jefferson Hwy., Suite B
        Baton Rouge, Louisiana 70809
        (225) 928-5353
        Fax: (225) 924-7480
        E-mail: jcraft@bitworx.com

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

PAULA PAYNE CIVIL ACTION NO. 05-820-D-M2

VERSUS

WEST FELICIANA PARISH
SCHOOL BOARD, ET AL.
*************************************************************************

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 2nd day of May, 2007, I have served a copy of the above and foregoing Motion to Dismiss with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Frank V. Endom, Jr. and Robert L. Hammonds by operation of the Court's electronic filing system.

Baton Rouge, Louisiana, this 2nd day of May, 2007.

 s/Jill L. Craft
 Jill L. Craft

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

PAULA PAYNE                                CIVIL ACTION NO. 05-820-D-M2

VERSUS

WEST FELICIANA PARISH
SCHOOL BOARD, ET AL.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Upon consideration of the record of these proceedings, the above and foregoing Motion to Dismiss, and the law;

IT IS ORDERED that this matter be and is hereby dismissed, with prejudice, each party to bear its own costs.

Baton Rouge, Louisiana, this ___ day of May, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE